[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12802
Non-Argument Calendar

_____

D.C. Docket No. 2:10-cv-00294-MEF-CSC

MAURICE G. HARGROVE,

Plaintiff-Appellant,

versus

CITY OF MONTGOMERY, ALABAMA,
PHOUKHAM SICHANTHAVONG,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(November 29, 2012)

Before TJOFLAT, KRAVITCH, and HILL, Circuit Judges.

PER CURIAM:

This is an appeal from the grant of defendants/appellees's, the City of Montgomery, Alabama, and former Montgomery police officer, Phoukam Sichanthavong's (Sichanthavong), motion for summary judgment against plaintiff/appellant, Maurice Hargrove (Hargrove), on his numerous causes of action claims relating to a law enforcement encounter between Hargrove and Sichanthavong in the parking lot of a local bank, as Sichanthavong attempted to respond to a nearby bank robbery.

We have reviewed the record in this appeal, the briefs, and the argument of counsel.  Finding no error, we affirm the judgment of the district court.

AFFIRMED.